IN THE SUPREME COURT OF TEXAS

 No. 06-0294

 IN RE ABBOTT LABORATORIES, INC.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's Motion for Temporary Relief from the Trial Court's
January 27th Order, filed April 12, 2006, is granted. The order dated
January 27, 2006, in Cause No. GV401268, styled The State of Texas ex rel.
Ven-A-Care of the Florida Keys, Inc. v. Abbott Laboratories, Inc., Abbott
Laboratories, Hospira, Inc., B. Braun Medical, Inc., and Baxter Healthcare
Corporation, in the 201st District Court of Travis County, Texas, is stayed
pending further order of this Court.

 2. The real parties in interest are requested to respond to
relator's motion for temporary relief and petition for writ of mandamus on
or before 3:00 p.m., April 25, 2006.

 Done at the City of Austin, this April 13, 2006.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk